```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                        :
                                                    :
                          Plaintiff,                :
                                                    :   **JUDGMENT**
              -against-                             :   16-CV-5747 (JFB)(SIL)
                                                    :
ARMOR CORRECTIONAL HEALTH, et al.,                  :
                                                    :
                          Defendants.               :
------------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                        :
                                                    :
                          Plaintiff,                :
                                                    :
              -against-                             :   16-CV-5752(JFB)(SIL)
                                                    :
NASSAU COUNTY COURT, et al.,                        :
                                                    :
                          Defendants.               :
------------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                        :
                                                    :
                          Plaintiff,                :
                                                    :
              -against-                             :   16-CV-5753(JFB)(SIL)
                                                    :
FEDERAL DISTRICT COURT, EASTERN DISTRICT            :
OF NEW YORK, et al.,                                :
                          Defendants.               :
------------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                        :
                                                    :
                          Plaintiff,                :
                                                    :
              -against-                             :   16-CV-5755(JFB)(SIL)
                                                    :
MICHAEL SPOSATO, et al.,                            :
                                                    :
                          Defendants.               :
------------------------------------------------------------------------X
```

```
----------------------------------------------------------------X
    KEYSEAN L. KEYES, #15008025,                        :
                                                        :
                            Plaintiff,                  :
                                                        :
                -against-                               :   16-CV-5757(JFB)(SIL)
                                                        :
    JUDGE DAVID SULLIVAN, et al.,                       :
                                                        :
                            Defendants.                 :
----------------------------------------------------------------X
    KEYSEAN L. KEYES, #15008025,                        :
                                                        :
                            Plaintiff,                  :
                                                        :
                -against-                               :   16-CV-5990(JFB)(SIL)
                                                        :
    MICHAEL SPOSATO, et al.,                            :
                                                        :
                            Defendants.                 :
----------------------------------------------------------------X
    KEYSEAN L. KEYES, #15008025,                        :
                                                        :
                            Plaintiff,                  :
                                                        :
                -against-                               :   16-CV-5991(JFB)(SIL)
                                                        :
    NASSAU COUNTY SHERIFF'S DEP'T., et al.,             :
                                                        :
                            Defendants.                 :
----------------------------------------------------------------X
    KEYSEAN L. KEYES, #15008025,                        :
                                                        :
                            Plaintiff,                  :
                                                        :
                -against-                               :   16-CV-5992(JFB)(SIL)
                                                        :
    NASSAU COUNTY SUPREME COURT, et al.,                :
                                                        :
                            Defendants.                 :
----------------------------------------------------------------X
```


| | |
|---|---|
| ------------------------------------------------------------------------X | |
| KEYSEAN L. KEYES, #15008025, | : |
| Plaintiff, | : |
| -against- | : 16-CV-5993(JFB)(SIL) |
| EDWARD MANGANO, | : |
| Defendant. | : |
| ------------------------------------------------------------------------X | |
| KEYSEAN L. KEYES, #15008025, | : |
| Plaintiff, | : |
| -against- | : 16-CV-5994(JFB)(SIL) |
| DAVID SULLIVAN, | : |
| Defendant. | : |
| ------------------------------------------------------------------------X | |
| KEYSEAN L. KEYES, #15008025, | : |
| Plaintiff, | : |
| -against- | : 16-CV-5995(JFB)(SIL) |
| NASSAU COUNTY COURT, et al., | : |
| Defendants. | : |
| ------------------------------------------------------------------------X | |
| KEYSEAN L. KEYES, #15008025, | : |
| Plaintiff, | : |
| -against- | : 16-CV-6226(JFB)(SIL) |
| JUDGE DAVID SULLIVAN, et al., | : |
| Defendants. | : |
| ------------------------------------------------------------------------X | |

```
---------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                    :
                                                :
                        Plaintiff,              :
                                                :
        -against-                               :   16-CV-6310(JFB)(SIL)
                                                :
JUDGE DAVID SULLIVAN, et al.,                   :
                                                :
                        Defendants.             :
---------------------------------------------------------------------X
KEYSEAN L. KEYES, #15008025,                    :
                                                :
                        Plaintiff,              :
                                                :
        -against-                               :   16-CV-6311(JFB)(SIL)
                                                :
THE DEPARTMENT OF SOCIAL SERVICES, et al.,      :
                                                :
                        Defendants.             :
---------------------------------------------------------------------X
```

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on March 28, 2017, dismissing these cases without prejudice, directing the Clerk of Court to close these cases, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff Keysean L. Keyes take nothing of defendants; that these cases are dismissed without prejudice; that this cases are closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       March 28, 2017

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                                    BY:     /S/ JAMES J. TORITTO
                                            DEPUTY CLERK